UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LEE ANDER TILLMAN, | ) | No. ED CV 13-00625-VBF (VBK) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| E. VALENZUELA, | ) | DENYING A CERTIFICATE OF |
| | ) | APPEALABILITY |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in $de$ $novo$ review of those portions of the Report to which Petitioner has objected.

//

//

//

//

//

//

//

1    **IT IS ORDERED** that: (1) the Court accepts the findings and

2  recommendations of the Magistrate Judge, and (2) the Court declines to

3  issue a Certificate of Appealability ("COA").[1]

4

5

6  DATED:    June 30, 2014          _____

7                                       VALERIE BAKER FAIRBANK
                                   SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20  _____

21      [1]Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial
    showing of the denial of a constitutional right."  To obtain a COA under §2253©, petitioner must show

22  that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been
    resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to

23  proceed further'."  Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation
    marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029 (2003).

24

25      In practice,"[i]t is a 'rare step' for a district court to issue a COA," *McDaniels v. McGrew*, 2013
    WL 4040058, *3 (C.D. Cal. Aug. 8, 2013) (Fairbank, J.) (quoting *Murden v. Artuz*, 497 F.3d 178, 199

26  (2d Cir. 2007) (Hall, J., concurring in judgment)); *accord Ruiz v. US*, 2014 WL 1487742, *8 (E.D. Cal.
    Apr. 15, 2014) ("The issuance of a COA is 'a rare step.'") (likewise quoting concurrence in *Murden*).

27  After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a
    substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.

28