# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE ANDER TILLMAN,** | NO. ED CV 13-00625-VBF-VBK |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| E. VALENZUELA, | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED:    June 30, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE